AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

In the Matter of the Search of )
INFORMATION ASSOCIATED WITH )
HONGJIN TAN's ONEDRIVE ACCOUNT )
ASSOCIATED WITH USER CID ) Case No. 19-mj-51-FHM
1BF4BD72B32D757D AND EMAIL )
ADDRESS lewistan90@hotmail.com, THAT IS )
STORED AT PREMISES CONTROLLED BY )
MICROSOFT )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __NORTHERN__ District of __OKLAHOMA__
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __3-15-19__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Frank H. McCarthy                                     .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __3-1-19  10:23AM__      __Frank H McCarthy__
                                                *Judge's signature*

City and state:  __Tulsa, OK__          __US Magistrate Judge Frank H. McCarthy__
                                        *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant ~~and inventory~~ left with: |
|---|---|---|
| 19-mj-51-FHM | 3-21-19 @ 3:58 PM | Microsoft corp. |

Inventory made in the presence of:
SA Jeremy Sykes

Inventory of the property taken and name of any person(s) seized:

1x DVD containing information pertaining to the target account:

- lewistan90@hotmail.com
- CID: 1BF4BD72B32D757D

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-21-19

_Executing officer's signature_

Stephen Carnevale  Special Agent
_Printed name and title_

## ATTACHMENT A

### Property to Be Searched

Hongjin Tan's **ONEDRIVE** Account associated with User CID 1BF4BD72B32D757D and Owner's MSA Email Address of lewistan90@hotmail.com that is stored at premises owned, maintained, controlled, or operated by **MICROSOFT**, a company headquartered at Microsoft Corporation, One Microsoft Way, Redmond, WA 98052-6399.

## ATTACHMENT B

## Particular Things to be Seized

I.   **Information to be disclosed by MICROSOFT**

To the extent that the information described in Attachment A is within the possession, custody, or control of **MICROSOFT**, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to **MICROSOFT**, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), **MICROSOFT** is required to disclose the following information to the government for each account or identifier listed in Attachment A:

   a.   All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

   b.   All past and current usernames, account passwords, and names associated with the accounts;

   c.   Account status, e-mail addresses provided during registration, and source of payment (including any credit or bank account number);

   d.   The dates and times at which the accounts and profiles were created, and the Internet Protocol ("IP") address at the time of sign-up;

   e.   All IP logs and other documents showing the IP address, date, time and duration of each login to the accounts;

   f.   All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

   g.   All location data associated with the accounts;

    h.    All documents stored in or shared with other users through the account;

    i.    All data and information deleted by the users;

    j.    Accounts linked to the target accounts by cookies.

    k.    All records pertaining to communications between **MICROSOFT** and any person regarding the account, including contacts with support services and records of actions taken.

    l.    The identity of the person(s) who communicated with Hongjin Tan's **ONEDRIVE** Account associated with User CID 1BF4BD72B32D757D and Owner's MSA Email Address of lewistan90@hotmail.com about matters relating to theft of trade secrets, including records that help reveal their whereabouts.

The Provider is hereby ordered to disclose the above information to the government within **14 DAYS** of service of this warrant.

    **II.**    **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 1832(a) – Theft of Trade Secrets and Title 18, United States Code, Section 1030(a)(1) – Fraud and Related Activities in Connection with Computers involving **Hongjin Tan** since 1/1/2017 to present, including, for each account or identifier listed on Attachment A.